UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. H.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WEST CONTRA COSTA UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-03233-AMO<br><br>**ORDER RE SUPPLEMENTAL BRIEFING ON SUBJECT MATTER JURISDICTION**<br><br>Re: Dkt. No. 104 |

Before the Court is a motion for summary judgment from Defendants Summer Sigler and West Contra Costa Unified School District. Defendants seek summary judgment on all of Plaintiff A.H.'s remaining causes of action. Only one of the remaining causes of action arises under federal law: discrimination in violation of Title IX against the District.

The Court hereby ORDERS the parties to file supplemental briefs addressing the following question:

> In light of the Supreme Court's recent opinion in *Royal Canin U.S.A., Inc. v. Wullschleger*, 604 U.S. 22 (2025), may the Court exercise supplemental jurisdiction over Plaintiff's remaining state law claims if it determines that the Title IX cause of action fails on the merits?

The parties' supplemental briefs shall not exceed three (3) pages in length and must be filed by no later than 10:00 a.m. on Friday, December 12, 2025.

**IT IS SO ORDERED.**

Dated: December 8, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**