UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A. H.,

        Plaintiff,

    v.

WEST CONTRA COSTA UNIFIED
SCHOOL DISTRICT, et al.,

        Defendants.

Case No. 22-cv-03233-AMO

**PARTIAL JUDGMENT**

On February 20, 2026, the Court granted in part Defendants West Contra Costa Unified School District's and Summer Sigler's motion for summary judgment. Finding no just reason for delay, the Court ENTERS judgment pursuant to Federal Rule of Civil Procedure 54(b) as to Plaintiff's Title IX discrimination claim in favor of the District and Sigler. The Court dismissed the remaining causes of action without prejudice to re-filing in state court. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: February 20, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**